IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MANSFIELD, | ) | CASE NO. 1:09 CV 82 |
| Petitioner, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| KEITH SMITH, Warden, | ) | Magistrate Judge Benita Y. Pearson |
| Respondent. | ) | **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Court hereby adopts the Report and Recommendation issued by Magistrate Judge Benita Y. Pearson (Docket #16) in its entirety. The Petition for Writ of Habeas Corpus filed by Richard Mansfield, pursuant to 28 U.S.C. § 2254, is hereby DENIED and this case is DISMISSED WITH PREJUDICE

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: January 26, 2011